on the ground that the special circumstances shown in this record warrant a charge on the plaintiff of the deficiency arising between the amounts of the receipts and disbursements by the receiver — the plaintiff having had the benefit thereof in the improvement of the property. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

EMIL BERTSCH, Respondent, v. GEORGE SMITH, Appellant.— Judgment of the City Court of White Plains unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. MAX KISS and Others, Appellants, Impleaded with SIDNEY SIMNER and Others, Defendants. (Action No. 3.) — Order in so far as it denies motion to modify *ex parte* order so as to provide that case be struck from the Special Term calendar affirmed, with ten dollars costs and disbursements. Order denying, in part, motion for a bill of particulars affirmed, without costs. The bill of particulars, to the extent granted, is to be served within five days from the entry of the order herein. No opinion. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. JULIUS SCHWARTZ and Others, Defendants, Impleaded with MAURICE REINITZ and Others, Appellants. (Action No. 1.) — Order in so far as it denies motion to modify *ex parte* order so as to provide that case be struck from the Special Term calendar affirmed, with ten dollars costs and disbursements. Order denying, in part, motion for a bill of particulars affirmed, without costs. The bill of particulars, to the extent granted, is to be served within five days from the entry of the order herein. No opinion. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Respondent, v. MAX WILHELM and Othets, Defendants, Impleaded with DAVID BERDON and Others, Appellants. (Action No. 2.) — Order in so far as it denies motion to modify *ex parte* order so as to provide that case be struck from the Special Term calendar affirmed, with ten dollars costs and disbursements. Order denying, in part, motion for a bill of particulars affirmed, without costs. The bill of particulars, to the extent granted, is to be served within five days from the entry of the order herein. No opinion. Young, Kapper, Carswell, Tompkins and Davis, JJ., concur.

EMANUEL BROOKS, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. In our opinion the verdict for the plaintiff was against the weight of evidence on the matter of decedent's intoxication at the time of the claimed accident which resulted in his death. Young, Hagarty, Tompkins and Davis, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

CITIZENS SAVINGS BANK, Appellant, v. AUSTIN LOUIS BROWN and Others, Defendants, Impleaded with PARSI RUG SHOP, INC., and MARGUERITE B. KUHN as Receiver of Rents, Respondents. CITIZENS SAVINGS BANK, Appellant, v. ARTROSE BUILDING CORPORATION and Others, Defendants, Impleaded with PARSI RUG SHOP, INC., and MARGUERITE B. KUHN, as Receiver of Rents, Respondents.— Order of July 11, 1933, modified by granting that part of plaintiff's motion to modify the order of January 20, 1933, in respect to the two-year option contained in the lease limiting the order to an authorization of the receiver to lease for a